

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 2, 2020

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Justin Cordova*, 20 Cr. 131 (CS)

Dear Judge Seibel:

    The next conference in this case, which was previously scheduled for April 9, 2020, has been adjourned to June 16, 2020. The Government therefore respectfully requests that the time between April 9, 2020 and June 16, 2020 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

The time between today and 6/16/20 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because the corona virus pandemic makes it unsafe for the necessary parties to travel to and gather in the Courthouse.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

By:   __/s/_____
Jim Ligtenberg
Assistant United States Attorney
(914) 993-1953

4/2/20

cc:    Jaime Santana, Esq. (by ECF)