UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Justin Cardova

20 CR 131

Defendant(s).
------------------------------------------------------------X

Defendant __Justin Cardova__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

✓ Plea

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
in the

__Justin Cardova__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jaime Santana Jr.__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__December 11, 2020__
Date

__Cathy Seibel__
U.S. District Judge/~~U.S. Magistrate~~
Judge