UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JUSTIN CORDOVA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO SPECIFIC
PROPERTY

S1 20 Cr. 131 (CS)

        WHEREAS, on or about February 18, 2020, JUSTIN CORDOVA (the "Defendant"), was charged in a Superseding Information, S1 20 Cr. 131 (CS) (the "Information"), with firearms trafficking conspiracy, in violation of Title 18, United States Code, Section 371 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in this offense, including all firearms and ammunition recovered from his co-conspirators;

        WHEREAS, on or about May 25, 2021, the Defendant pled guilty Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit, to the United States pursuant to the Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all the firearms and ammunition involved in this offense, including all firearms and ammunition recovered from his co-conspirators; and

WHEREAS, the Defendant further consents to the forfeiture of all his right, title and interest in the following:

(a) Smith and Wesson, model M&P, caliber: .45ACP, pistol, serial: NBZ1227
(b) Glock, model 19, caliber: 9mm, pistol, serial: ADNS935
(c) Taurus, Model millennium G2 PT140, caliber: .40S&W, pistol, serial: SKR73672
(d) Ruger LCP, pistol, 380 ACP, serial: 372103864
(e) Diamondback DB380, 380 ACP, serial: ZI6529
(f) Phoenix Arms HP22A, pistol, .22 caliber, serial: 4457478
(g) Phoenix Arms HP25A, pistol, .25 caliber, serial: 4455824
(h) Keltec P3AT, pistol, .380 caliber, serial: LAZ60
(i) Phoenix Arms HP25A, pistol, .25 caliber, serial: 4488523
(j) Diamondback DBZ, pistol, serial: YJ3484
(k) Kel-Tec P3-AT, pistol, .380 caliber, serial: LEPO4
(l) KAHR CM40, pistol, .40 caliber, serial: J03750
(m) Taurus PT738, pistol, .380 caliber, serial: 54655D
(n) Taurus PT111, pistol. 9mm, serial: TKX52195
(o) RG 14, revolver, .22 caliber, serial: L675217
(p) Taurus Public Defender, revolver, .45 caliber, serial: LX489696
(q) Bersa BP9, pistol, 9mm, serial: G87083
(r) SCCY CPX2, pistol, serial: 353046
(s) SCCY CPX2, pistol, serial: 361568
(t) Beretta pistol, serial: PC020373
(u) Taurus pistol, serial: TEX42783; and
(v) Taurus revolver, .45 caliber, serial: LW488408

(collectively, the "Specific Property"), which constitutes property involved in the offense charged in Count One of the Information;

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States

Attorney, James Ligtenberg of counsel, and the Defendant, and his counsel, Jaime Santana, Jr., Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant, JUSTIN CORDOVA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designee, is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice

on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____          5-25-21
   JAMES LIGTENBERG                           DATE
   Assistant United States Attorney
   300 Quarropas Street
   White Plains, NY 10601
   (914) 993-1953


JUSTIN CORDOVA

By: _____          5/25/21
   JUSTIN CORDOVA                            DATE

By: _____          5/25/21
   JAIME SANTANA, ESQ.                       DATE
   Attorney for Defendant
   778 Castle Hill Avenue
   Bronx, NY 10473


SO ORDERED:

_____               5/25/21
HONORABLE CATHY SEIBEL                       DATE
UNITED STATES DISTRICT JUDGE